SOUTHERN RY. CO. v. SHELTON. (Circuit Court of Appeals, Sixth Circuit. January 17, 1919.) No. 3261. In Error to the District Court of the United States for the Eastern District of Tennessee; Edward T. Sanford, Judge. L. D. Smith, of Knoxville, Tenn., for plaintiff in error. W. T. Kennerly, of Knoxville, Tenn., for defendant in error. For opinion below, see 255 Fed. 182.

PER CURIAM. Dismissed on motion of defendant in error.

---

STETSON v. TUTTLE, District Judge. (Circuit Court of Appeals, Sixth Circuit. August 8, 1918.) No. 3200. Petition for Writ of Mandamus. Frans. E. Lindquist, of Kansas City, Mo., and Lazarus S. Davidow, of Detroit. Mich., for petitioner.

PER CURIAM. Petition for mandamus denied.

---

TROY SUNSHADE CO. v. KILLITS, District Judge. (Circuit Court of Appeals, Sixth Circuit. October 14, 1918.) No. 3196. Petition for Writ of Prohibition. Allen & Allen, of Cincinnati, Ohio, for petitioner. Chester H. Braselton and Wilber Owen, both of Toledo, Ohio, opposed.

PER CURIAM. Dismissed on motion of counsel.

---

VILLAGE OF ALGER, OHIO, v. CHICAGO & E. R. CO. (Circuit Court of Appeals, Sixth Circuit. March 5, 1919.) No. 3170. Appeal from the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. C. W. Faulkner, of Kenton, Ohio, for appellant. Frank S. Lewis, of Toledo, Ohio, for appellee.

PER CURIAM. Reversed and remanded to District Court for purpose of correcting record and entry of new decree.

---

WAGNER v. HOLLISTER, District Judge. (Circuit Court of Appeals, Sixth Circuit. November 14, 1918.) No. 3151. Petition for Writ of Mandamus. Toulmin & Toulmin and E. H. & W. B. Turner, all of Dayton, Ohio, for petitioner. Reeve Lewis, C. A. L. Massie, and Ralph L. Scott, all of New York City, opposed.

PER CURIAM. Remanded to the District Court for determination.

---

WEBB et al. v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 8, 1919.) No. 3068. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Ralph Davis, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis. Tenn., for the United States.

PER CURIAM. Judgment of District Court affirmed.